# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| KATIE HUSKEY, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. CIV-21-1025-SLP |
| PAYNE COUNTY SHERIFF'S OFFICE, et al., | ) |
| Defendants. | ) |

## **O R D E R**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered October 25, 2021 [Doc. No. 7]. Judge Mitchell recommended that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] be denied and that this matter be dismissed without prejudice to refiling if Plaintiff failed to pay the $402.00 filing fee within twenty-one days of any order adopting the Report and Recommendation. On November 19, 2021, Plaintiff paid the $402.00 filing fee. *See* Doc. No. 10. Based on the payment of the filing fee, the Court adopts the Report and Recommendation and this matter is re-referred to the Magistrate Judge for further proceedings in accordance with the original order of referral entered October 20, 2021 [Doc. No. 6].

IT IS SO ORDERED this 1st day of December, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE