# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATIE HUSKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-1025-SLP |
| ) | |
| PAYNE COUNTY SHERIFF'S OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 64] of United States Magistrate Judge Suzanne Mitchell entered November 29, 2022. No objection to the Report and Recommendation has been filed, nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United* States, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. The Motions for Summary Judgment [Doc. Nos. 50 and 51] are granted in favor of Defendants Gina Hutchison and Payne County Sheriff's Office, respectively. The Court further grants summary judgment in favor of Defendant Ryan Lassley. All remaining motions in this matter [Doc. Nos. 34, 39, 43, 52, 56, 58, and 63] are DENIED AS MOOT.

2

IT IS SO ORDERED this 9th day of January, 2023.

                                                                     *[signature]*
                                                          **SCOTT L. PALK**
                                                          **UNITED STATES DISTRICT JUDGE**